UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DONALD NICODEMUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-cv-744-DRL-MGG |
| ) | |
| CITY OF SOUTH BEND, INDIANA, ) | |
| ) | |
| Defendant. ) | |

**Corrected Report of Counsel**

Kenneth J. Falk, one of plaintiff's counsel, reports that he has on this date emailed this Court's Order Certifying Constitutional Challenge of Indiana Statute to Indiana Attorney General (Dkt. 8) to Solicitor General Thomas M. Fisher as well as sending the notice, via certified mail, to the Office of the Attorney General.

A copy of the Order has also been mailed to the City of South Bend.

This corrected report corrects the erroneous date in the prior filing's Certificate of Service. Counsel apologizes for his error.

    Kenneth J. Falk
    Gavin M. Rose
    Stevie J. Pactor
    ACLU of Indiana
    1031 E. Washington St.
    Indianapolis, IN 4602
    317/635-4059
    fax: 317/635-4105

[1]

        kfalk@aclu-in.org
        grose@aclu-in.org
        spactor@aclu-in.org

        Attorney for Plaintiff

### Certificate of Service

I certify that on this 11th day of August 2023, a copy of the foregoing was filed electronically with the Clerk of this Court and was served on the below-named party by first class U.S. Postage, pre-paid.

City of South Bend, Indiana
c/o Office of the Mayor
227 W. Jefferson Blvd.
Suite 1400 N
South Bend, IN 46601

        Kenneth J. Falk
        Attorney at Law

[2]