# United States District Court
for the
Northern District of Indiana

| | |
|---|---|
| DONALD NICODEMUS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    No. 3:23-CV-744 |
| | ) |
| CITY OF SOUTH BEND, INDIANA, | ) |
| | ) |
| Defendant. | ) |

**SUMMONS IN A CIVIL ACTION**

TO:  City of South Bend, Indiana
c/o Office of the Mayor
227 W. Jefferson Blvd.
Suite 1400 N
South Bend, IN 46601

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth J. Falk / Stevie J. Pactor / Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

8/9/2023
Date: _____

/s/K. Tuskey
_____
*Signature of Clerk or Deputy Clerk*

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **City of South Bend Indiana c/o Office of the Mayor**

was received by me on *(date)* **8/9/23**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify)*: **CMRRR**

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/9/23**                                               *Server's Signature*

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of South Bend, Indiana
c/o Office of the Mayor
227 W. Jefferson Blvd.
Suite 1400 N
South Bend, IN 46601

9590 9402 8138 3030 2490 01

2. Article Number *(Transfer from service label)*
9589 0710 5270 0680 6218 75

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X AF 8.14.23   ☐ Agent  ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Chad Blackwelder
Litigation Support Specialist
ACLU of Indiana
1031 East Washington Street
Indianapolis, IN 46202