UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DONALD NICODEMUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-744-DRL-MGG |
| | ) |
| CITY OF SOUTH BEND, INDIANA, | ) |
| | ) |
| Defendant. | ) |

**Declaration of Donald Nicodemus**

Donald Nicodemus, being duly sworn upon his oath, says that:

1. I am an adult resident of South Bend, Indiana.

2. I view myself as a citizen-journalist.

3. In that capacity I have, for a number of years, recorded police activity, primarily in South Bend, Indiana, but also in other communities near South Bend.

4. I make these recordings because I want citizens to be able see newsworthy activities so that they can understand what police are doing.

5. I also make these recordings because I hope and believe that to the extent that my recording exposes inappropriate or problematic police behavior, shining a light on this behavior will help to end it.

6. I post my recordings on my YouTube channel, "Freedom 2 Film," which currently has more than 23,000 subscribers.

[1]

7. I have posted the following statement on my YouTube channel above the text of the First Amendment. "This channel is about exercising my God Given rights as an American . . . [f]ilming police activity and news worthy situations in South Bend Indiana and surrounding areas."

8. I post the videos of police that I take on my YouTube channel.

9. I will at times live stream video to the YouTube channel where the recordings are archived.

10. When I observe and record the police, I am careful not to interfere with them. My recording activities generally take place on public sidewalks, streets, or parks.

11. Although I do not interfere with the law enforcement officers that I observe and record, at times I do get closer than 25 feet from them so I am both able to see and hear them and so I am able to create video recordings that are discernable to those who will see and listen to them. Depending on the circumstances, it is often difficult or impossible to hear and see what is happening, and to ensure that my recording devices capture the specifics or what is happening, from more than 25 feet away.

12. After midnight on or about July 20, 2023, I learned that there was police activity that I believed might be significant.

13. Specifically, I learned that shots had been fired near the intersection of North Brookfield Street and Lincoln Way West in South Bend.

14. In this area Lincoln Way is a four-lane road, with two lanes in each direction.

15. I went to the scene and when I arrived there were approximately six South Bend police vehicles parked.

16. There were a number of South Bend police officers present.

17. There was no active shooting or any other unlawful activity taking place. However, on the sidewalk at the southwest corner of the intersection there was a police officer apparently marking where bullet casings had been found.

18. It was apparent that this was the scene of where the shots had been fired.

19. I went to the sidewalk on the northeast corner of the intersection, which was diagonally across Lincoln Way West from the area where the shots had been fired.

20. Where I was standing was much further than 25 feet away from the police activity at the site where the shots had been fired.

21. I was not the only one in this area observing what was going on.

22. I began to live stream the event to "Freedom 2 Film."

23. I was not interfering with the police or their investigation in any way.

24. Approximately 9 minutes after I began filming, Officer Stepp of the South Bend Police Department, who had been standing on or near the sidewalk on the southeast corner of the intersection of Lincoln Way West and North Brookfield Street, crossed Lincoln Way West shortly after a car drove down the street.

25. Officer Stepp ordered that I and others had to move back, and he walked off 25 feet from the west side of Brookfield Street going east toward where I and others were on

the sidewalk and said that I had to stay behind where he said the 25 foot mark was.

26. Before being directed back by Officer Stepp I heard a disturbance west of where I was. The disturbance was in front of a house on Lincoln Way West on the north side of the street. The house was much further than 25 feet from where I was.

27. Because I was so far from the disturbance, I was unable to determine what was happening.

28. After about 12 minutes staying behind the mark established by Officer Stepp, another South Bend police officer, Officer Veal, approached me and the others who were there.

29. Officer Veal identified himself as the "crime scene tech" and stated that this was his crime scene and ordered me and the others to move back another 25 feet, further east on the sidewalk.

30. There was no apparent reason that I and the others were ordered back further. We were not interfering with the police and there was no activity, criminal or otherwise, that was going on. The disturbance that had been down the street had ended. Cars were driving down Brookfield Street, even though that was within the area that Officer Veal had said was "his crime scene."

31. I protested that Officer Stepp had already marked out 25 feet. Officer Veal seemed to relent for a second, but then ordered me and the others to move back another 25 feet.

32. Officer Veal said I would go to jail if I did not go back another 25 feet.

[4]

33. In ordering me back another 25 feet, Officer Veal said there was a new law, which I understood to mean the law that I am challenging, Indiana Code § 35-44.1-2-14.

34. Officer Veal gave me a tape measure and ordered me to walk back.

35. I complied with the officer's order, although the tape measure was only 10 feet in length.

36. Officer Veal then ordered me and the others who were there to move back even further, mentioning the 25 foot requirement went into effect July 1.

37. I intend to continue to film the South Bend police as a citizen-journalist. I will monitor and record police activity on the sidewalks, streets, and parks in South Bend, among other places.

38. I have a First Amendment right to monitor and record the police, and I believe that this includes the right to be closer than 25 feet, as long as I am not interfering with police activities.

39. I am concerned that I will be arrested for engaging in activity that I believe is protected by the First Amendment.

## Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: 8-16-23
DATE

_Donald Nicodemus_
Donald Nicodemus

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

[6]