UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DONALD NICODEMUS,

          Plaintiff,

    v.                                 CAUSE NO. 3:23-CV-744 DRL-MGG

CITY OF SOUTH BEND, INDIANA,

          Defendant.

ORDER

On September 29, 2023, pursuant to Fed. R. Civ. P. 65(a)(2), the City of South Bend, Indiana, and the State of Indiana moved to consolidate the hearing on Donald Nicodemus' preliminary injunction motion with the trial on the merits of his complaint. The court, having considered the motion and being duly advised that Mr. Nicodemus does not oppose the motion, and being satisfied that it is made for good cause, GRANTS the motion [30] and ORDERS the preliminary injunction motion and trial on the merits consolidated for October 13, 2023 at 11:00 a.m.

SO ORDERED.

October 6, 2023                          *s/ Damon R. Leichty*
                                      Judge, United States District Court