AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Indiana

DONALD NICODEMUS
                Plaintiff

       v.                              **Civil Action No.**     3:23cv744

SOUTH BEND, INDIANA CITY OF
                Defendant

INDIANA ATTORNEY GENERAL OF THE STATE OF
                Intervenor

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The court enters judgment for the defendant, City of South Bend, and the intervenor, State of Indiana, and against the plaintiff, Donald Nicodemus.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a motion for permanent injunction. _____

DATE: January 12, 2024 _____
                         *Chanda J. Berta, Clerk Of Court*

                         *by s/ D. Johnson _____*
                         *Signature of Clerk or Deputy Clerk*