UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DONALD NICODEMUS, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-744-DRL-MGG |
| CITY OF SOUTH BEND, INDIANA, | ) |
| Defendant, | ) |
| and | ) |
| STATE OF INDIANA, | ) |
| Intervenor-Defendant. | ) |

## Notice of Appeal

Notice is hereby given that Donald Nicodemus, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Final Judgment (Dkt. 37), and this Court's Opinion and Order (Dkt. 36), both entered in this cause on January 12, 2024.

Kenneth J. Falk
Gavin M. Rose
Stevie J. Pactor
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

grose@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiff