UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DONALD NICODEMUS, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:23-cv-744-DRL-MGG |
| CITY OF SOUTH BEND, INDIANA, | ) |
| Defendant, | ) |
| and | ) |
| STATE OF INDIANA, | ) |
| Intervenor-Defendant. | ) |

## Docketing Statement

Plaintiff, by his counsel, files his Docketing Statement pursuant to Circuit Rule 3(c)(1).

1.  The district court had original jurisdiction of this case pursuant to 28 U.S.C. § 1331. The district court's jurisdiction was based on an alleged violation of the First Amendment by defendant.

2.  No party is a corporation, unincorporated association, or partnership.

3.  The Court of Appeals has jurisdiction of this appeal pursuant to 28 U.S.C. § 1291 since this is an appeal following the Final Judgment of the district court entered on January 12, 2024 (Dkt. 37), and the district court's Opinion and Order (Dkt. 36), also entered on January 12, 2024.

4.  No motion for a new trial or for alteration of the judgment or any other motion that tolls the time within which to appeal has been filed in this matter.

5.  The Notice of Appeal was filed on this date, January 22, 2024.

6.  This is not an appeal from a decision of a magistrate judge.

7.  There are no prior or related appellate proceedings.

8.  No party to this proceeding appears in their official capacity.

WHEREFORE, the plaintiff files his Docketing Statement, and requests all proper relief.

> Kenneth J. Falk
> Gavin M. Rose
> Stevie J. Pactor
> ACLU of Indiana
> 1031 E. Washington St.
> Indianapolis, IN 46202
> 317/635-4059
> fax: 317/635-4105
> kfalk@aclu-in.org
> grose@aclu-in.org
> spactor@aclu-in.org
>
> Attorneys for Plaintiff